[No. 42337-5-II. Division Two. May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. OLLIE V. CHURCH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00132-9, Gordon Godfrey, J., entered June 27, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.

[No. 30248-2-III. Division Three. May 31, 2012.]

MATTHEW M. MARRY, *Appellant*, v. DANIEL ELING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-00448-6, Salvatore F. Cozza, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Sweeney, J.

[No. 41362-1-II. Division Two. June 1, 2012.]

COLIN BOWERS, *Appellant*, v. PAMELA M. MARZANO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-09689-4, Thomas Felnagle, J., entered October 14, 2010. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Van Deren, J. Now published at 170 Wn. App. 498.

[No. 41405-8-II. Division Two. June 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA AL STACY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01051-7, Paula Casey, J., entered October 14, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Van Deren, J.